IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00155–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  STEPHEN VINCENT HUNT,

      Defendant.

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

This matter is set for a four-day trial to a jury of 12, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **June 26, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

**ORDERED** that the deadline for filing all motions is May 17, 2006.  All responses shall be filed by May 24, 2006.  A hearing on the motions, if necessary, is set for **May 31, 2006**, at 9:00 o'clock a.m.  It is further

**ORDERED** that a change of plea hearing is scheduled to commence at 4:30 o'clock p.m. on Friday, **June 9, 2006**.  The deadline for submitting the plea agreement and statement of facts

1

relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, June 7, 2006.

Dated: May 3, 2006