## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Edward W. Nottingham

Nel Steffens, Deputy Clerk  
Therese Lindblom, Court Reporter

Date: November 15, 2006

Criminal Action No. 06-cr-00155-EWN

*Parties:*  

*Counsel:*

UNITED STATES OF AMERICA,

David Conner

    Plaintiff,

v.

1.  STEPHEN VINCENT HUNT,

Thomas Hammond

    Defendant.

## COURTROOM MINUTES

**Hearing Regarding Motion to Declare Case Complex**

**8:37 a.m.**     Court in session.

Thomas Hammond is not present.

Discussion regarding motion to declare case complex.

Court's findings.

**ORDERED: 1.     Defendant's Unopposed Motion for Declaration of Complexity and for a Continuance of Trial (#65, filed November 13, 2006) is GRANTED.**

Discussion regarding this case proceeding to trial and length of trial.

Courtroom Minutes
06-cr-00155-EWN
Judge Edward W. Nottingham
Page 2 of 2

Court states that the trial will be set for four days in January.

Defendant addresses court regarding speedy trial.

8:47 a.m.     Mr. Hammond is now present.

Discussion regarding Mr. Hammond's motion for appointment of co-counsel.

**ORDERED:  2.     Defendant's *Ex Parte* Motion to Authorize Special Appointment for Co-counsel (#67, filed November 13, 2006) is GRANTED.  Clerk shall coordinate CJA appointment of Steven K. Jacobson.**

Discussion regarding motions hearing set for next week and need for evidentiary hearing on suppression motion.

**ORDERED:  3.     Motions hearing set for November 21, 2006, at 9:00 a.m. is vacated.**

Court directs counsel to chambers for scheduling.

**8:54 a.m.**     Court in recess.

Hearing concluded.

Total time: 00:17