IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00155–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEPHEN VINCENT HUNT,

    Defendant.

### THIRD AMENDED ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

    This matter is set for a four-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **January 8, 2007**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

    **ORDERED** that the deadline for filing all motions is November 30, 2006.  All responses shall be filed by December 7, 2006.  A hearing on the motions, if necessary, is set for **December 14, 2006**, at 9:00 o'clock a.m.  It is further

    **ORDERED** that a change of plea hearing is scheduled to commence at 9:30 o'clock a.m. on Thursday, **December 21, 2006**.  The deadline for submitting the plea agreement and statement

of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Tuesday, <u>December 19, 2006</u>.

Dated: November 15, 2006