IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                    Date: December 14, 2006
Therese Lindblom, Court Reporter

Criminal Action No. 06-cr-00155-EWN

*Parties:*                                        *Counsel:*

UNITED STATES OF AMERICA,                    David Conner
                                             Gregory Holloway
              Plaintiff,

v.

1. STEPHEN VINCENT HUNT,                      Thomas Hammond
                                             Steven Jacobson
              Defendant.

---

## COURTROOM MINUTES

---

**Motions Hearing**

**9:09 a.m.**      Court in session.

Discussion regarding pending motions.

**ORDERED: 1.**      **Defendant's Motion for Release of Grand Jury Transcripts (#58, filed November 7, 2006) is GRANTED.**

**ORDERED: 2.**      **Defendant's Motion for Discovery of Defendant's Statements (#59, filed November 7, 2006) is GRANTED.**

**ORDERED: 3.**      **Defendant's Motion for Separate Trials (#68, filed November 13, 2006) is DENIED in its entirety.**

Courtroom Minutes
06-cr-00155-EWN
Judge Edward W. Nottingham
Page 2 of 3

**ORDERED: 4.** **Defendant's Motion for Production of Material and Information Concerning DNA Analysis (#76, filed November 30, 2006) is DENIED in its entirety.**

Discussion regarding (#77) Defendant's Motion to Suppress Evidence Seized Pursuant to Search Warrants.

Proffer by Mr. Jacobson.

Response by Mr. Holloway.

9:50 a.m.        Government calls FBI Special Agent J. Q. Jake DeLap who is sworn.

**Plaintiff's Exhibits received: 1, 2, 3, 4, 5, 6, 7, 8**

Direct examination by Mr. Holloway.

10:00 a.m.      Cross examination by Mr. Jacobson.

10:06 a.m.      Witness is excused.

Court's findings.

**ORDERED: 5.** **Defendant's Motion to Suppress Evidence Seized Pursuant to Search Warrants (#77, filed November 30, 2006) is DENIED.**

**ORDERED: 6.** **Defendant's Motion to Suppress Statements - Arrest Warrant Issues (#78, filed November 30, 2006) is DENIED.**

**ORDERED: 7.** **Defendant's Motion to Suppress Evidence Obtained Unlawfully by the Colorado Department of Corrections in Violation of Defendant's Constitutional Rights (#79, filed November 30, 2006) is DENIED.**

**ORDERED: 8.** **Defendant's Motion for Production of Material and Information Concerning Ballistics Analysis (#80, filed November 30, 2006) is DENIED in its entirety.**

Courtroom Minutes
06-cr-00155-EWN
Judge Edward W. Nottingham
Page 3 of 3

**ORDERED:  9.   Government's Motion for Protective Order (#86, filed December 13, 2006) is GRANTED.  Clerk shall affix court's electronic signature and file the Government's proposed order.**

**10:19 a.m.**   Government recalls FBI Special Agent J.Q. Jake DeLap who is still sworn.

Direct examination by Mr. Holloway.

**Plaintiff's Exhibit received: 9**

10:26   Witness is excused.

**ORDERED:  10.   Defendant's Motion to Suppress Statements (#60, filed November 7, 2006) is DENIED.**

Discussion regarding *in limine* matters.

**10:33 a.m.**   Court in recess.

Hearing concluded.

Total time: 01:24