IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00155-EWN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      STEPHEN VINCENT HUNT,

        Defendant.

## PROTECTIVE ORDER

      The Court, having reviewed defendant Hunt's Motion for Production of Material and Information concerning DNA Analysis, and the government's Response to that Motion, and with the agreement of the parties, issues the following Protective Order pursuant to Rule 16(d)(1), Federal Rules of Criminal Procedure, to facilitate the flow of requested discovery in this matter.

      1.      The government may disclose either in pdf format or a compact disc containing Denver Police Department Crime Lab ("DPD") documents relating to standard operating protocols for DNA testing; quality assurance/quality control manuals of the Denver Police Department Crime Lab for DNA testing; and interpretation guidelines if not provided in the standard operating protocols for Denver Police Department Crime Lab DNA testing, subject to the terms of this Protective Order;

      2.      The government may disclose the electronic data from the DPD related to

the DNA analysis it performed in this case in the form of compact disc containing this data subject to the terms of this Protective Order (whether or not this data can be effectively accessed without the licensed ABI software known as Genemapper ID, Data Collection Software is an unresolved issue);

      3.     The government may disclose any instances of DPD DNA testing contamination, none of which the government states, occurred in this case subject to the terms of this Protective Order.

The defense will be provided access to the above outlined materials and may make such copies or transfer the material amongst defense counsel, investigators for defense counsel, and any experts retained by the defense or their respective staffs. At the conclusion of this case at the trial court level, the defense is ordered to return any and all copies made of such materials and to file with the Court a certification indicating that all such copies or reproductions of the materials or compact disc have been either returned to the government or destroyed or deleted by anyone possessing them as a result of the disclosure permitted by this Protective Order.

Anyone to whom the defense distributes any of the materials covered by this Protective Order is subject to the Protective Order. The materials provided by compact disc pursuant to this Protective Order may be used in the defense of this case only and may not be distributed beyond the defense attorneys, their office personnel, defense investigators and their office personnel, and defense experts and their office personnel. None of this material may be placed on any website, or used for any purpose not directly

related to the defense of this case.

Upon completion of this case at the trial court the compact disc or discs containing the materials mentioned above, as well as any copies made of it will be returned to the government with a certification from the defense filed with this Court indicating that all copies of this material have either been returned to the government or destroyed after trial and, if applicable, sentencing in this case.

Pursuant to Rule 16(d)(1) the government will submit a compact disc with the entire text of the materials outlined above for retention by the Court under seal, once the Court has signed this Protective Order.

Dated this 15th day of December, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO