IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  06-cr-00155-EWN-01

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    STEPHEN VINCENT HUNT,

       Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce the body of Derrick Tarrant (year of birth: 1973), witness, before District Court Judge Edward W. Nottingham, on January 8, 2007, by 9:00 a.m., for proceedings and appearances in the above captioned cause, and to hold him at all times in his custody as an agent of the United States of America until final disposition of this case, thereafter to return said witness to the institution wherein now confined.

SO ORDERED this 5th day of January, 2007.

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM, JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO