IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Action No. 06-cr-00155-EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STEPHEN VINCENT HUNT,

      Defendant.

---

### ORDER EXCLUDING WITNESSES

---

It is

**ORDERED** as follows:

1. All persons who expect to be called as witnesses in the case of *United States of America v. Stephen Vincent Hunt*, Criminal Action No. 06-cr-00155 EWN, are **EXCLUDED FROM THE COURTROOM** during all further proceedings in the case.

2. No witness shall discuss with any other witness either the questions propounded to the witness or the testimony which he or she gave in response to the questions.

Dated this 8th day of January, 2007.

BY THE COURT:

/s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge