IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00155–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  STEPHEN VINCENT HUNT,

      Defendant.

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

      This matter is set for an eight-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **June 4, 2007**, in **Courtroom A201** of the Alfred A. Arraj United States Courthouse.  Therefore, it is

      ORDERED that the court will hold a trial preparation conference commencing at 8:30 o'clock a.m. on Friday, **May 25, 2007**, in **Courtroom A1001** of the Alfred A. Arraj United States Courthouse.

      In preparing for and participating in the conference, the parties and counsel will follow the Instructions Concerning Preparation for Trial Preparation Conference, a copy of which is available on the court's website, www.cod.uscourts.gov.

Dated this 9th day of May, 2007.

                                              BY THE COURT:

                                              s/ Edward W. Nottingham
                                              EDWARD W. NOTTINGHAM
                                              United States District Judge