IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  
Therese Lindblom, Court Reporter  
Caryl Ricca, Probation Officer

Date: November 16, 2007

Criminal Action No. 06–cr–00155–EWN

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Gregory Holloway |
|     Plaintiff, | |
| v. | |
| 1. STEPHEN VINCENT HUNT, | Thomas Hammond and Steven Jacobson |
|     Defendant. | |

## SENTENCING MINUTES

**9:08 a.m.**     Court in session.

Appearances of counsel.

Court's findings as to pending motions.

**ORDERED: 1.**     **The Defendant's Motion for Judgment of Aquittal [sic] Notwithstanding Verdict (#225, filed October 15, 2007) is DENIED.**

**ORDERED: 2.**     **The Defendant's Request for Hearing (#228, filed October 26, 2007) is DENIED.**

Court's findings as to motion for mistrial, #172.

*Sentencing Minutes*
*06-cr-00155-EWN*
*Chief Judge Edward W. Nottingham*
*Page 2 of 2*

**ORDERED:   3.       The Defendant's Motion for Mistrial (#172, filed June 6, 2007) is DENIED.**

Discussion regarding Defendant Hunt's letter to the court, #230.

Discussion regarding criminal history and sentencing guidelines.

**ORDERED:   4.       The Defendant's request to continue sentencing, #230, is granted. This proceeding is continued for two weeks.**

Court directs counsel to chambers for new sentencing date.

**9:31 p.m.**       Court in recess.

Hearing continued.

Total time in court:     00:23