IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00155–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEPHEN VINCENT HUNT,

    Defendant.

---

## ORDER

---

The court has before it a motion by Defendant for certain findings (#234). Because the court does not believe that further findings are necessary, and because Defendant is represented by counsel, it is

ORDERED that the motion be DENIED.

Dated this 30th day of November, 2007.

                      BY THE COURT:

                      s/ Edward W. Nottingham
                      EDWARD W. NOTTINGHAM
                      Chief United States District Judge