IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr-00155-DME
Civil Action No. 10-cv-00447-DME

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     STEPHEN VINCENT HUNT,

      Defendant.

_____

## FINAL JUDGMENT
_____

      Pursuant to and in accordance with the Order entered by the Honorable David M. Ebel, U.S. Circuit Court Judge, on February 8, 2011, the following Final Judgment is hereby entered:

      It is ORDERED that Defendant Stephen Vincent Hunt's Motion to Vacate under 28 U.S.C. § 2255 (Doc. No. 296) filed on February 26, 2010, is DENIED.  It is

      FURTHER ORDERED that the defendant Hunt is entitled to no relief under § 2255. The corresponding civil action is dismissed with prejudice.

      Dated at Denver, Colorado this    8th    day of February, 2011.

                                         FOR THE COURT:

                                         GREGORY C. LANGHAM, CLERK

                                         By: s/ Edward P. Butler
                                            Edward P. Butler, Deputy Clerk