**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00447-DME
Criminal Action No. 06-cr-00155-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEPHEN VINCENT HUNT,

    Defendant/Movant.

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

Ebel, Judge

Movant has filed a Request for Certificate of Appealability which is being treated as a notice of appeal from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

ORDERED that a certificate of appealability will not be issued.

DATED at Denver, Colorado this 16th day of March, 2011.

        BY THE COURT:

        *s/ David M. Ebel*

        UNITED STATES CIRCUIT COURT JUDGE